UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS KING,

    Plaintiff,

Case No. 09-10001

v.

Honorable Patrick J. Duggan

T. BELL,

    Defendant.

_____/

## JUDGMENT

This matter is before the Court on Defendant's Motion for Summary Judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment is granted and Plaintiff's complaint is **DISMISSED**.

                s/PATRICK J. DUGGAN
                UNITED STATES DISTRICT JUDGE

Date: December 7, 2009

copies to:
Dennis King
#364418
Alger Maximum Correctional Facility
P.O. Box 600
Munsing, MI 49862

Allan J. Soros, Esq.